UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DARRYL REID**  **CIVIL ACTION**

**VERSUS**  **No. 13-6080**

**TRANSOCEAN OFFSHORE**  **SECTION I**
**DEEPWATER DRILLING, INC.**

## ORDER

Before the Court is a motion[1] filed by defendant, Transocean Deepwater Drilling, Inc., which objects to the U.S. Magistrate Judge's order[2] insofar as it requires the production of documents in defendant's privilege log, which are numbered 25, 28, 29, 30, 31, 32, 33, 37, 40, 43, 46, 47, 49, 55, 58, 83, and 88. Plaintiff has filed a response.[3]

Pursuant to Federal Rule of Civil Procedure 72(a), nondispositive pretrial matters decided by a U.S. Magistrate Judge may be appealed to the U.S. District Court Judge. The order of a U.S. Magistrate Judge may be reversed only "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *see also* Fed. R. Civ. P. 72(a). After reviewing the U.S. Magistrate Judge's order and the parties' submissions, the Court finds that the order was not clearly erroneous or contrary to law.

---

[1] R. Doc. No. 34.
[2] R. Doc. No. 29.
[3] R. Doc. No. 43.

Accordingly,

**IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, July 30, 2014.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**